UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  
Richard Church  
    Debtor[s].  
_____/

Case No. 8:15-bk-00295-MGW  
Chapter 7

## ORDER GRANTING CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR NORMANDY MORTGAGE LOAN TRUST, SERIES 2013-18 RELIEF FROM STAY

This case came on for consideration on the Motion for Relief from Stay filed by Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-18 (Document No. 10) (the "Motion"). The Motion was served by negative notice and no appropriate response was timely filed. Accordingly, it is

**ORDERED:**

1. The Motion (Document No. 10) is granted.

2. The automatic stay arising by reason of 11 U.S.C. § 362 of the Bankruptcy Code is terminated as to Movant's interest in the following property:

**1724 Franklin Dr., Englewood, FL 34223**

**A PARCEL OF LAND LYING IN SECTION 10, TOWNSHIP 40 SOUTH, RANGE 19 EAST, SARASOTA COUNTY, FLORIDA, DESCRIBED AS FOLLOWS:**

**COMMENCE AT THE SOUTHEAST CORNER OF FRANKLIN DRIVE (A FIFTY FOOT WIDE PUBLIC RIGHT OF WAY) AS SHOWN ON THE PLAT OF MANASOTA MANOR, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 6, PAGE(S) 14, OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA; THENCE S 89° 53' 40" EAST, ALONG THE SAID SOUTH LINE OF THE NW 1/4 OF THE NW 1/4 OF SECTION 10. TOWNSHIP 40 SOUTH, RANGE 19 EAST, SARASOTA COUNTY, FLORIDA, A DISTANCE OF 175.00 FEET TO THE POINT OF BEGINNING: THENCE CONTINUE ALONG THE SOUTH LINE OF SAID NORTHWEST 1/4 OF THE NORTHWEST**

**1/4 OF SECTION 10, S 89° 53' 40" E., A DISTANCE OF 155.00 FEET; THENCE N 00° 31' 05" E., LEAVING SAID SOUTH LINE OF THE NORTHWEST 1/4 OF THE NORTHWEST 1/4 OF SECTION 10, A DISTANCE OF 330.01 FEET; THENCE N 89° 53' 40" W., PARALLEL WITH SAID SOUTH LINE OF THE NORTHWEST 1/4 OF THE NORTHWEST 1/4 OF SECTION 10, A DISTANCE OF 155.00 FEET; THENCE S 00° 31' 05' W., A DISTANCE OF 330.01 FEET TO THE POINT OF BEGINNING.**

**TOGETHER WITH A 40.00 FOOT WIDE INGRESS/EGRESS, UTILITY AND DRAINAGE EASEMENT ACROSS THE SOUTH 40.00 FEET, AS MEASURED PERPENDICULAR TO THE SOUTH LINE OF LANDS OF THE FOLLOWING DESCRIBED LAND BEGIN AT THE SOUTHEAST CORNER OF FRANKLIN DRIVE (A FIFTY FOOT WIDE PUBLIC RIGHT-OF-WAY) AS SHOWN ON THE PLAT OF MANASOTA MANOR, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 6, PAGE 14, OF THE PUBLIC RECORDS OF SARASOTA COUNTY. FLORIDA: THENCE N. 00°31'05" E., ALONG THE EAST LINE OF SAID PLAT OF MANASOTA MANOR, A DISTANCE OF 330.01 FEET; THENCE S. 89°53'40" E., PARALLEL WITH THE SOUTH LINE OF THE NORTHWEST 1/4 OF THE NORTHWEST 1/4 OF SECTION 10, TOWNSHIP 40 SOUTH, RANGE 19 EAST, SARASOTA COUNTY, FLORIDA, A DISTANCE OF 175.01 FEET; THENCE S. 00°31'05" W. PARALLEL WITH SAID EAST LINE OF MANASOTA MANOR, A DISTANCE OF 330.01 FEET TO SAID SOUTH LINE OF THE NORTHWEST 1/4 OF THE NORTHWEST 1/4 OF SECTION 10; THENCE N. 89°53'40" W., ALONG THE SAID SOUTH LINE OF THE NORTHWEST 1/4 OF THE NORTHWEST 1/4 OF SECTION 10, A DISTANCE OF 175.01 FEET TO THE POINT OF BEGINNING. TOGETHER WITH ANY INTEREST IN THE FOLLOWING DESCRIBED PROPERTY:**

**FRANKLIN DRIVE, 50 FEET SOUTH OF LOT 18, OF MANASOTA MANOR, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 6, PAGE(S) 14, OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA..**

3. The automatic stay is modified for the sole purpose of allowing Movant to complete *in rem* relief, to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor.

4. If applicable, the Movant's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

5. This Order will survive any subsequent conversion of the case to another chapter under the Bankruptcy Code.

DONE AND ORDERED in TAMPA, Florida, on March 11, 2015.

Michael G. Williamson
United States Bankruptcy Judge

Alexandra Kalman, Attorney for Movant, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.