ORDERED.

Dated:  November 09, 2017

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:                                                          Case No. 8:15-bk-00295-RCT
                                                                Chapter 13
RICHARD CHURCH

Debtor(s)[1]
_____/

**ORDER GRANTING IN PART DEBTOR'S MOTION TO**
**MODIFY CONFIRMED PLAN TO ALLOW DEBTOR TO KEEP 2016 FEDERAL**
**INCOME TAX REFUND AND FOR ADDITIONAL ATTORNEY FEES (DOC. NO. 99)**

THIS CASE came on for a hearing on November 6, 2017 upon the Debtor's Motion to Modify Confirmed Plan to Allow Debtor to Keep 2016 Federal Income Tax Refund and for Additional Attorney Fees (Doc. No. 99), and the Court, having heard argument of counsel and being otherwise duly advised in the premises, it is

**ORDERED:**

1.    The Debtor's Motion to Modify Confirmed Plan to Allow Debtor to Keep 2016 Federal Income Tax Refund and for Additional Attorney Fees (Doc. No. 99) is hereby GRANTED IN PART to the extent provided herein.

---

[1] All reference to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.

2.       The Debtor shall be permitted to retain a portion of their 2016 tax refund in the amount of $6,536.25.

3.       The Debtor shall turnover the remainder of the tax refund in the amount of $215.75 to the Trustee within forty-five (45) days or the case will be dismissed without further hearing or notice.

4.       This Court's Order Confirming Plan and Exhibit A (Doc. No. 82) attached thereto entered on April 27, 2016 is modified as provided herein and shall in all other respects remain in full force and effect.

5.       As Attorney's fees were only requested in the title of the Motion and not in the body of the Motion, no Attorney's fees are awarded.

Debtor's Counsel, Laurie L. Blanton, Esquire, is directed to serve a copy of this Order on interested parties and file a proof of service within three (3) days of entry of the Order.
KR/CCP/am                                                                                              C13T 11/09/17