ORDERED.

Dated: November 27, 2017

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

**RICHARD CHURCH,**

      Debtor.
_____/

Case No. 8:15-bk-00295-RCT
Chapter 13

**AGREED ORDER GRANTING, IN PART, MOTION TO COMPEL U.S. BANK TRUST NATIONAL ASSOCIATION, ET AL. TO RECORD PERMANENT MORTGAGE MODIFICATION AGREEMENT AND REQUEST FOR ATTORNEY'S FEES**

     THIS CASE was considered on November 6, 2017, upon the Debtor's Motion to Compel U.S. Bank Trust National Association, et al., to Record the Permanent Mortgage Modification Agreement (Doc. 95). The parties having stated on the record their agreement to the relief requested in the motion, it is

     **ORDERED**:

1. The Motion to Compel U.S. Bank Trust National Association, et al., to Record the Permanent Mortgage Modification Agreement is **GRANTED**.
2. U.S. Bank Trust National Association, et al., has forty-five (45) days from the date of this Order to record the Permanent Mortgage Modification Agreement.
3. Counsel's request for additional attorney's fees is denied because the fees awarded for Mortgage Modification Mediation include compensation for services rendered in connection with related motions.

Attorney Laurie L. Blanton is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.